IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI WESTERN
DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cr-00189-BCW |
| | ) | |
| EDUARDO RUBIN DE CELIS-LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation granting Defendant's Motion for Determination of Competency (Doc. #26). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law, finding the defendant incompetent to stand trial and to assist in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. The Defendant is committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S. C. Sec. 4241(d).

IT IS SO ORDERED.

DATED: February 5, 2016        /s/ Brian C. Wimes
                                     JUDGE BRIAN C. WIMES
                                     UNITED STATES DISTRICT COURT