IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 15-00189-01-CR-W-BCW |
| EDUARDO RUBIN DeCELIS-LUNA, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On February 5, 2016, Defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Joseph S. Zonno, Ph.D., prepared a report opining Defendant was competent to stand trial. During a competency hearing held before Judge Larsen on September 21, 2016, Defendant and the government stipulated to the report of Dr. Zonno. After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety and made part of this Order. This Court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 4, 2015, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing October 24, 2016.

DATED: September 26, 2016        /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT